IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No.: cv10-5841 |
| THIS DOCUMENT RELATES TO: | Originating Court: San Francisco County Superior Court |
| ALBERT PIERCE; | Case No.: CGC-10-275681 |
| Plaintiffs, vs. | |
| CBS CORPORATION, et al., | |
| Defendants. | |

## STIPULATION AND ORDER
## TO DISMISS ACTION WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, Plaintiffs and Warren Pumps LLC, do and hereby stipulate that Warren Pumps LLC, should be dismissed from this action without prejudice pursuant to FRCP 41(a)(2), the parties will bear their own costs.

Dated: January 20, 2011

SETH CURTIS CSB #236263
KELLER, FISHBACK & JACKSON, LLP
18425 BURBANK BLVD., SUITE 610
TARZANA, CA 91356
scurtis@kfjlegal.com
(818) 342-7442
(818) 342-7616
Attorneys for Plaintiff ALBERT PIERCE

Dated: _____31___, 2011        _____
                               SUSANNE G. ARANI, CSB # 238891
                               LINER GRODE STEIN YANKELEVITZ
                               SUNSHINE REGENSTREIF & TAYLOR LLP
                               199 FREMONT STREET, 20TH FLOOR
                               SAN FRANCISCO, CA 94105
                               sarani@linerlaw.com
                               P (415) 489-7700   F (415) 489-7701
                               Attorneys for Defendant WARREN
                               PUMPS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFF COMPLAINT AS TO DEFENDANT WARREN PUMPS, LLC IS DISMISSED WITHOUT PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.**

Dated: __February 2____, 2011       _____
                                    HONORABLE PHYLLIS J. HAMILTON

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2